AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McALLEN DIVISION

UNITED STATES OF AMERICA
v.
Luis Alberto Leo
YOB: 1979   COB: United States

United States Courts Southern District of Texas
FILED
*February 22, 2023*
Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:
M-23- 0354 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __Feburary 21, 2023__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*
knowing or in reckless disregard of the fact that Pablo Miralrio-Lopez and Cristian Alejandro Ortega-Rodriguez, both citizens and nationals of Mexico, for a total of two (2) who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Los Ebanos, Texas, to the point of arrest near Los Ebanos, Texas.

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) FELONY__

I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On February 21, 2023, camera operators alerted Agents of suspected undocumented alien activity in Los Ebanos, Texas. Responding Agents arrived in the area minutes after the information was transmitted and saw a white Chevrolet Cruze traveling northbound on El Faro Rd. As the Cruze got closer to the Agents, who were traveling southbound, the Cruze abruptly turned around and began traveling back southbound. The Cruze then made a quick turn and immediately turned into a residential driveway. Agents saw the Cruze's driver side rear door open, and two (2) males walking away from the Cruze. An Agent encountered the two (2) males, who admitted to being illegally present in the United States and placed them under arrest. Before asking the driver, later Identified as Luis Alberto Leo, any questions, he voluntarily commented, "They told me to pick them up" and "They weren't even in the car". Shortly after the owner of one of the homes on the property came out and told agents that the sedan did not belong there. Leo was subsequently placed under arrest. Leo and the two (2) undocumented aliens were transported to McAllen Border Patrol Station for further processing.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Complaint authorized by AUSA S. Dipiazza

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

February 22, 2023   4:50 pm
Date

Nadia S. Medrano                , U. S. Magistrate Judge
Name and Title of Judicial Officer

/s/ Juan Garcia
Signature of Complainant
Juan Garcia   Border Patrol Agent
Printed Name of Complainant

at McAllen, Texas
City and State

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-23- 0354   -M

**RE:**   **Luis Alberto Leo**

**CONTINUATION:**

### PRINCIPAL STATEMENT:

Luis Alberto Leo, a U.S. citizen, was read his Miranda rights. He understood his Rights and chose to exercise his rights. Leo was not questioned any further.

### MATERIAL WITNESS STATEMENT 1:

Cristian Alejandro Ortega-Rodriguez, a citizen and national of Mexico, was read his Miranda Rights. He understood his Rights and agreed to make a statement.

Ortega-Rodriguez stated his family made the arrangements to smuggle him into the U.S. He said he crossed the river with one (1) person and boarded a white sedan. He was sitting in the front passenger seat.

### MATERIAL WITNESS STATEMENT 2:

Pablo Miralrio-Lopez, a citizen and national of Mexico, was read his Miranda Rights. He understood his Rights and agreed to make a statement.

Miralrio-Lopez stated he crossed the river with two (2) people including the guide. He boarded a white sedan and sat on the passenger side of the back seat.

Miralrio-Lopez positively identified Luis Alberto Leo, thorough a photo line-up, as the driver.